IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | : CIVIL ACTION |
| v. | : NO.   17-1752 |
| **4.0446 ACRES MORE OR LESS OF LAND AND FIXTURES** | : |

### O R D E R

**AND NOW**, this 7th day of December, 2021, it is hereby **ORDERED** that:

1. The Plaintiff's motion for partial summary judgment [Doc. 101] is **DENIED**.

2. This matter is **REFERRED** to Magistrate Timothy R. Rice for the purpose of conducting a mediation on the issue of the just compensation (which includes CWIP) due to PPL Electric Utilities Corp.

.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**